## CHARGES AND PENALTIES

**CASE NAME:** Jeffrey Francis Matlock           **CASE NO.** 2:21-CR-149-WFN-1

**TOTAL # OF COUNTS:** 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 19, 2021**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG not more than 10 years; and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment |
|  | 18 U.S.C. § 924, 28 U.S.C. § 2461 | Forfeiture Allegations |  |